In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00050-CV**
_____

**SHERRIE RENA BECKETT, Appellant**

**V.**

**CHESTER L.P. BECKETT JR., Appellee**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-214,374**

## MEMORANDUM OPINION

On February 18, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. We also notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. The appellant did not respond to the Court's notices. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There

1

being no satisfactory explanation for the failure to file the record, and there being no satisfactory explanation for the appellant's failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered April 10, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.

2